The People of the State of New York ex rel. Daniel Dougherty, Relator, v. Frederick W. Wurster, Fire Commissioner, etc., Respondent.— Determination confirmed, without costs.—
PRATT, J.: Relator cannot be properly said to be a member of the force for extinguishment of fires, but was employed as his appointment shows as a laborer. Taking the case of *People ex rel. Crafts* v. *The Fire Commissioners* (28 Hun, 495) as the true interpretation of the law, the relator cannot be said to be a member of the fire force, but

comes under the designation of those who can be removed with charge and a trial. Writ quashed. Brown, P. J. and Dykman, J., concurred.